19795

**SEMCO Incorporated**

| | | SSN ***-**-3195 | Status (Fed/State) Married/Married | Allowances/Extra Fed-4/0/CO-4 Pay Date: 04/16/2019 |

Pay Period: 04/01/2019 - 04/15/2019

Employee
Jon Hallford (2), 800 E Oak St, Lamar, CO 81052

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly wage | 87:00 | 13.75 | 1,196.25 | 8,822.28 |
| Hourly wage overtime (x1.5) | 9:00 | 20.63 | 185.67 | 1,609.23 |
| Holiday | | | 0.00 | 240.00 |
| | 96:00 | | 1,381.92 | 10,571.51 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | -124.00 |
| Federal Withholding | -19.00 | -655.43 |
| Social Security Employee | -85.68 | -153.29 |
| Medicare Employee | -20.04 | -90.00 |
| CO - Income Tax | -9.00 | -1,022.72 |
| | -133.72 | |
| | 1,248.20 | 9,548.79 |

Net Pay

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0:00 | | 160:00 |

Powered by Intuit Payroll

SEMCO Incorporated, P.O. Box 1216, Lamar, CO 81052, (719) 336-9006

---

19490

**SEMCO Incorporated**

| | | SSN ***-**-3195 | Status (Fed/State) Married/Married | Allowances/Extra Fed-4/0/CO-4 Pay Date: 12/17/2018 |

Pay Period: 12/01/2018 - 12/15/2018

Employee
Jon Hallford (2), 800 E Oak St, Lamar, CO 81052

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly wage | 71:00 | 15.00 | 1,065.00 | 1,065.00 |
| Hourly wage overtime (x1.5) | 8:00 | 22.50 | 180.00 | 180.00 |
| | 79:00 | | 1,245.00 | 1,245.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -7.00 | -7.00 |
| Social Security Employee | -77.19 | -77.19 |
| Medicare Employee | -18.05 | -18.05 |
| CO - Income Tax | -10.00 | -10.00 |
| | -112.24 | -112.24 |
| | 1,132.76 | 1,132.76 |

Net Pay

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 80:00 | | 80:00 |

Powered by Intuit Payroll

SEMCO Incorporated, P.O. Box 1216, Lamar, CO 81052, (719) 336-9006

## 19695

**SEMCO Incorporated**

Employee
Jon Hallford (2), 800 E Oak St, Lamar, CO 81052

SSN ***-**-3195
Status (Fed/State): Married/Married
Pay Period: 02/16/2019 - 02/28/2019

Allowances/Extra: Fed-4/0/CO-4
Pay Date: 03/01/2019

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly wage | 71:00 | 13.75 | 976.25 | 5,589.88 |
| Hourly wage overtime (x1.5) | 8:30 | 20.63 | 175.36 | 941.90 |
| Holiday |  |  | 0.00 | 240.00 |
|  | 79:30 |  | 1,151.61 | 6,771.78 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | 0.00 | -90.00 |
| Social Security Employee | -71.40 | -419.85 |
| Medicare Employee | -16.70 | -98.19 |
| CO - Income Tax | -5.00 | -74.00 |
|  | -93.10 | -682.04 |

Net Pay: 1,058.51 | 6,089.74

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0:00 |  | 160:00 |

SEMCO Incorporated, P.O. Box 1216, Lamar, CO 81052, (719) 336-9006

Powered by Intuit Payroll

---

## 19728

**SEMCO Incorporated**

Employee
Jon Hallford (2), 800 E Oak St, Lamar, CO 81052

SSN ***-**-3195
Status (Fed/State): Married/Married
Pay Period: 03/01/2019 - 03/16/2019

Allowances/Extra: Fed-4/0/CO-4
Pay Date: 03/18/2019

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly wage | 68:05 | 13.75 | 936.15 | 6,526.03 |
| Hourly wage overtime (x1.5) | 7:00 | 20.63 | 144.41 | 1,086.31 |
| Holiday |  |  | 0.00 | 240.00 |
|  | 75:05 |  | 1,080.56 | 7,852.34 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | 0.00 | -90.00 |
| Social Security Employee | -67.00 | -486.85 |
| Medicare Employee | -15.67 | -113.86 |
| CO - Income Tax | 0.00 | -74.00 |
|  | -82.67 | -764.71 |

Net Pay: 997.89 | 7,087.63

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0:00 |  | 160:00 |

SEMCO Incorporated, P.O. Box 1216, Lamar, CO 81052, (719) 336-9006

Powered by Intuit Payroll

---

## 19762

**SEMCO Incorporated**

Employee
Jon Hallford (2), 800 E Oak St, Lamar, CO 81052

SSN ***-**-3195
Status (Fed/State): Married/Married
Pay Period: 03/17/2019 - 03/31/2019

Allowances/Extra: Fed-4/0/CO-4
Pay Date: 04/01/2019

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly wage | 80:00 | 13.75 | 1,100.00 | 7,626.03 |
| Hourly wage overtime (x1.5) | 11:30 | 20.63 | 237.25 | 1,323.56 |
| Holiday |  |  | 0.00 | 240.00 |
|  | 91:30 |  | 1,337.25 | 9,189.59 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -15.00 | -105.00 |
| Social Security Employee | -82.90 | -569.75 |
| Medicare Employee | -19.39 | -133.25 |
| CO - Income Tax | -7.00 | -81.00 |
|  | -124.29 | -889.00 |

Net Pay: 1,212.96 | 8,300.59

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0:00 |  | 160:00 |

SEMCO Incorporated, P.O. Box 1216, Lamar, CO 81052, (719) 336-9006

Powered by Intuit Payroll